CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brian Reggie Francisco**<br>a.k.a. Brian Reggie Celestine<br><br>DOB: 1981; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>22-06218MJ |

Complaint for violation of Title 18, United States Code §§922(g)(1) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 12, 2022, in the District of Arizona, BRIAN REGGIE FRANCISCO, a.k.a. BRIAN REGGIE CELESTINE, did possess, in and affecting interstate commerce, a firearm, that is: a .38 Special black revolver, bearing serial number 1577941. The defendant knowingly possessed the firearm, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year in prison, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 12, 2022, at approximately 6:27 p.m., an off-duty Tohono O'odham Police Department (TOPD) officer called in a report of possible shots in the area of Wak Lane and Mission Road, in the village of San Xavier on the Tohono O'odham Indian Reservation. The officer reported hearing five or six shots being fired in the area while he was outside with his daughter. A TOPD on-duty officer responded to the area and made contact with a female witness who lived on Mission Road. She stated that she was inside her home when she heard shots being fired and walked outside. She saw a male walking with a little girl while firing a gun into the air and told the officer the male's direction of travel.

After speaking with the witness, the TOPD officer began driving around the area looking for the male and little girl. The TOPD officer was flagged down by a second witness in a vehicle who reported to the officer that he just saw a man in a blue shirt who was walking with a small child and repeatedly firing a gun into the air. At the same time, dispatch started relaying that several 911 calls were being received reporting the same male shooting a gun off in that area. While continuing to search the area on foot, the TOPD officer heard the sound of rounds being fired from behind a residence. From a neighboring backyard, the officer and backup officers were able to see a male wearing a blue shirt sitting in a chair on the back porch of a residence, reloading a firearm.

Officers started yelling verbal commands at the male to drop the gun and the man eventually complied and dropped the weapon on the ground next to him. The male was identified as BRIAN REGGIE FRANCISCO. FRANCISCO had a strong odor of intoxicants emanating from his breath and he was slurring his words.
*Continued on Page 2.*

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Frances Kreamer Hope *FMK*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE & NAME:<br>Detective Julian Garcia, TOPD |
|---|---|
| Sworn to before me and subscribed telephonically | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 29, 2022 |

[1] See Federal rules of Criminal Procedure Rule 3 and 54

There were approximately thirty spent shell casings on the ground around FRANCISCO. The firearm was determined to be a .38 Special black revolver, bearing serial number 1577941 and it contained five live rounds. There was a 50-round box of ammunition on the ground next to FRANCISCO that contained 9 rounds. FRANCISCO's four-year old daughter was also located at the residence.

A check of the National Crime Information Center showed that FRANCISCO had prior felony convictions, including a July 19, 2005 state conviction from Pima County Superior Court, Tucson, AZ, for Armed Robbery, a Class 2 felony, in CR-20044376.

An agent from the Federal Bureau of Alcohol, Tobacco, and Firearms conducted a preliminary examination of the firearm and determined that the firearm had traveled in interstate commerce, by virtue of having been manufactured outside the state of Arizona and having been found in the state of Arizona.